### LEAK SURVEYS, INC., Appellant

v.

### FLIR SYSTEMS, INC., Appellee

### 2016-1299, 2016-1300

United States Court of Appeals, Federal Circuit.

January 10, 2017

DONALD PUCKETT, Nelson Bumgardner PC, Fort Worth, TX, argued for appellant. Also represented by ANTHONY MICHAEL VECCHIONE; RAJKUMAR VINNAKOTA, Janik Vinnakota LLP, Dallas, TX.

RALPH JOSEPH GABRIC, Brinks Gilson & Lione, Chicago, IL, argued for appellee.

Also represented by LAURA A. LYDIGSEN; BRIAN E. FERGUSON, Weil, Gotshal & Manges LLP, Washington, DC.

### JUDGMENT

Per Curiam (O'Malley, Bryson, and Reyna, Circuit Judges).

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**